**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 132 MAL 2015 |
| | : | |
| Cross-Petitioner | : | |
| | : | Cross Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| SHAWN AMIR HARRIS, | : | |
| | : | |
| Respondent | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of May, 2017, the Cross Petition for Allowance of Appeal is **DENIED**.